# United States Court of Appeals
## For the First Circuit

No. 13-1415

DAVID MILLS,

Plaintiff, Appellant,

v.

LYNNE CALERO, DOUGLAS MILLETT, MARY C. MAYHEW,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

[Hon. John A. Woodcock, Jr., U.S. District Judge]

Before

Lynch, Chief Judge,
Stahl and Howard, Circuit Judges.

Joseph M. Baldacci on brief for appellant.
Thomas A. Knowlton on brief for appellees.

October 23, 2013

**PER CURIAM**.  We have carefully reviewed the briefs on appeal and considered the appellant's arguments.  The district court was plainly correct to dismiss the complaint.  Mills's arguments are based on a misapprehension of the Rooker-Feldman doctrine, see D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983), and of issue preclusion, and are without merit.  For the reasons set forth in the district court's order, Mills v. Calero, No. 1:11-cv-00470 (D. Me. Mar. 7, 2013), we summarily affirm.  See 1st Cir. R. 27.0(c).